UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EVAN PETROS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:16-cv-62 |
| BH LLC,<br>A Domestic Limited Liability Company | : |
| Defendant. | : |
| _____/ | : |

ORDER OF DISMISSAL

THIS CAUSE came before the Court on the Joint Stipulation of Dismissal (Dkt 9), and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1) The above-styled cause be and the same is hereby DISMISSED with prejudice; and

2) The parties bear their own respective attorneys' fees and costs.

DONE and ORDERED, this 31st day of March, 2016.

      /s/ Janet T. Neff
JANET T. NEFF
United States District Judge